UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**FRANCES D. WADE,**

    Appellant,

-vs-                      Case No. 15-C-1512

**CITY OF MILWAUKEE,**

    Appellee.

---

## DECISION AND ORDER

This bankruptcy appeal was docketed on December 17, 2015. On February 1, 2016, the Clerk's Office sent a briefing letter which triggered the time limits for briefing set forth in Bankruptcy Rule 8018. No briefs have been filed. Therefore, this matter is **DISMISSED** for want of prosecution. Civil L.R. 41(c) (E.D. Wis.).

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2016.

                    **SO ORDERED:**

                    *[signature]*
                    **HON. RUDOLPH T. RANDA**
                    **U.S. District Judge**